Fill in this information to identify the case:

Debtor name: **Sheet Metal Works, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF UTAH**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Ahern Rentals, Inc.<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | Jennifer Miranda Diodoro | Trade Debt | | | | $10,309.08 |
| Apache Industrial Services<br>3070 West California Ave<br>Salt Lake City, UT 84104 | Todd L. Moss<br><br>385-377-5147 | Trade Debt | Disputed | | | $43,432.46 |
| APS Applied Product Solutions<br>4938 Solution Center<br>Chicago, IL 60677-4938 | Brittney Western<br><br>Brittney.O@apsrep.com<br>801-441-4949 | Trade Debt | | | | $175,588.08 |
| Bonneville Test & Balance<br>5663 W. 13100 South<br>Salt Lake City, UT 84126 | Sherilee Kramer<br><br>cmejia@btcservices.biz | Trade Debt | | | | $63,181.00 |
| BRPI Mechanical<br>3560 South 2200 West<br>Salt Lake City, UT 84119 | Laura Thackeray<br><br>laurbrpi@gmail.com<br>801-973-6758 | Trade Debt | | | | $108,183.52 |
| BTC Services<br>3025 S. 3600 W.<br>West Valley City, UT 84119 | Candice Mejia<br><br>cmejia@btcservices.biz | Trade Debt | | | | $53,159.39 |
| CADSCAPE, LLC<br>505 S. Independence Blvd., S-206<br>Virginia Beach, VA 23452 | | Trade Debt | | | | $7,500.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Sheet Metal Works, Inc.**  Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Cabelas** P.O. Box 60599 City of Industry, CA 91716-0599 | | **Credit Card - Trade Debt** | | | | $11,401.73 |
| **Certified Test & Balance, Inc.** P.O. Box 1550 Riverton, UT 84065 | | **Trade Debt** | | | | $41,760.00 |
| **Douglas Metals** 3075 S. West Temple Salt Lake City, UT 84115 | info@douglasmetals.net | **Trade Debt** | | | | $41,131.43 |
| **Internal Revenue Service Centralized Insolvency Operation** P.O. Box 7346 Salt Lake City, UT 84138 | | **Payroll Taxes - 941** | | | | $39,261.23 |
| **Long Building Environments** P.O. Box 5501 Denver, CO 80217-5501 | **Samantha Gott** sgott@long.com | **Trade Debt** | | | | $83,057.90 |
| **Metco, Inc.** P.O. Box 26176 Salt Lake City, UT 84126 | **Colleen Deeds** cdeeds@metcospiral.com | **Trade Debt** | | | | $54,524.12 |
| **RasmussenAndAssociates C/O ECI** 3333 West 2100 So. West Valley City, UT 84119-1197 | **Lynn Nelson** lynnn@rasmussenequipment.com 801-972-5588 | **Trade Debt** | | | | $35,639.00 |
| **Ray Quinney & Nebeker** 36 State St. #1400 Salt Lake City, UT 84111 | | **Legal Services** | | | | $67,085.94 |
| **Redd Roofing Company** 2772 H Avenue P.O. Box 1304 Ogden, UT 84402 | | **Trade Debt** | | | | $8,000.00 |
| **Sabol & Rice** P.O. Box 25957 Salt Lake City, UT 84125-0957 | **Ronda Tuttle** ronda@sabolrice.com | **Trade Debt** | | | | $28,726.00 |

Debtor **Sheet Metal Works, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scotvale Electrical Systems**<br>**1770 West Sequoia Vista Circle #1A**<br>**Salt Lake City, UT 84104** | | **Trade Debt** | | | | **$15,434.66** |
| **US Air Conditioning Dist.**<br>**P.O. Box 1111**<br>**La Puente, CA 91749-1111** | | **Trade Debt** | | | | **$7,188.94** |
| **Wagstaff Crane Service LLC**<br>**4315 So. Commerce Drive**<br>**Murray, UT 84107-2629** | **abby@wagstaffcrane.com** | **Trade Debt** | | | | **$11,855.00** |

# United States Bankruptcy Court
## Central District of Utah

In re  **Sheet Metal Works, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 8, 2019**

Signature  **/s/ Ralph C. Montrone**  
**Ralph C. Montrone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of Utah

In re: **Sheet Metal Works, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 8, 2019**

**/s/ Ralph C. Montrone**
**Ralph C. Montrone**/**President**
Signer/Title

# United States Bankruptcy Court
## Central District of Utah

In re  **Sheet Metal Works, Inc.**                                              Case No.
                                    Debtor(s)                                   Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sheet Metal Works, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November  8, 2019** | **/s/ Adam S. Affleck** |
| Date | **Adam S. Affleck 5434** |
| | Signature of Attorney or Litigant |
| | Counsel for **Sheet Metal Works, Inc.** |
| | **RICHARDS BRANDT MILLER NELSON** |
| | **111 East Broadway, Suite 400** |
| | **Salt Lake City, UT 84111** |
| | **801-531-2000 Fax:801-532-5506** |
| | **adam-affleck@rbmn.com** |

Information Sheet

Sheet Metal Works EIN: 87-0676619

Explore Management LLC EIN: 20-4913083

Date of Merger into Sheet Metal Works: October 10, 2019