Adam S. Affleck, Bar #5434 (adam-affleck@rbmn.com)
**RICHARDS BRANDT MILLER NELSON**
111 East Broadway, Suite 400
Salt Lake City, UT 84111
Telephone: 801-531-2000
Facsimile: 801-532-5506

Attorneys for Sheet Metal Works, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: SHEET METAL WORKS, INC., Debtor. | Bankruptcy Case. No. 19-28320 (Chapter 11) Judge Joel T. Marker |
|---|---|

**DEBTOR'S MOTION TO CONVERT TO CHAPTER 7**

Pursuant to 11 U.S.C. § 1112(a), Sheet Metal Works, Inc. ("**SMW**") hereby moves to convert its chapter 11 case to chapter 7. Grounds for this motion are as follows:

1. On November 8, 2019, SMW filed a voluntary petition for relief under chapter 11.

2. No trustee has been appointed in SMW's case, and SMW has remained a debtor-in-possession since its filing.

3. SMW is eligible for relief under chapter 7.

WHEREFORE, SMW requests that the Court issue its order converting its chapter 11 case to chapter 7.

DATED this 24th day of August, 2020.

                                              RICHARDS BRANDT MILLER NELSON

                                              */s/ Adam S. Affleck*
                                              Attorneys for Sheet Metal Works, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2020, a true and correct copy of the foregoing was served by Electronic service [CM/ECF Service] as follows:

**Electronic Mail Notice List:**

- **Adam S. Affleck**  adam-affleck@rbmn.com; andalin-bachman@rbmn.com; affleckar93359@notify.bestcase.com;
- **Megan K. Baker**  baker.megan@dorsey.com; long.candy@dorsey.com
- **Laurie A. Cayton tr**  laurie.cayton@usdoj.gov; James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Rinehart.Peschell@usdoj.gov
- **P. Matthew Cox**  bankruptcy_pmc@scmlaw.com
- **Robert Crockett**  rcrockett@fabianvancott.com
- **Allison Moon**  allison.moon@usdoj.gov; marisol.solis@usdoj.gov
- **Douglas J. Payne**  dpayne@fabianvancott.com, mdewitt@fabianvancott.com
- **Kami L. Peterson**  Kami.Peterson@zionsbancorp.com; Angela.Norton@zionsbancorp.com; Deanne.Koecher@zionsbancorp.com
- **Jeff D. Tuttle**  jtuttle@swlaw.com; wkalawaia@swlaw.com; docket_slc@swlaw.com
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman**  waterman.steven@dorsey.com; bingham.karen@dorsey.com; ventrello.ashley@dorsey.com
- **Melinda Willden tr**  melinda.willden@usdoj.gov, Lindsey.Huston@usdoj.gov; James.Gee@usdoj.gov; Rinehart.Peshell@usdog.gov

*/s/ Adam S. Affleck*